Jacob O. Browning, Appellee, v. Arden O. Browning and Opal B. Atkeisson, Appellants.

**Gen. No. 9,344.**

opinion filed October 29, 1942; rehearing denied February 2, 1943. Roscoe Bonjean, for appellants; Hill, Bullington & Vandever, for appellee. Opinion by JUSTICE DADY. ''Not to be published in full.''